# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Damien Guedes

v. ATF

**Case No:** 21-5045

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel for the ⦿ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

- Damien Guedes
- Shane Roden
- Firearms Policy Foundation
- Madison Society Foundation, Inc.
- Florida Carry, Inc.

### Counsel Information

**Lead Counsel:** Erik Jaffe

**Direct Phone:** (202) 415-7412  **Fax:** (202) 237-8166  **Email:** ejaffe@schaerr-jaffe.com

**2nd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** Schaerr | Jaffe LLP

**Firm Address:** 1717 K Street, NW, Suite 900, Washington, DC 20006

**Firm Phone:** (202) 787-1060  **Fax:** (___) ___-____  **Email:** snorton@schaerr-jaffe.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)