# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 24, 2024

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

   Re: Damien Guedes, et al.
      v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.
      No. 22-1222
      (Your No. 21-5045)

Dear Clerk:

  The Court today entered the following order in the above-entitled case:

  The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the District of Columbia Circuit for further consideration in light of *Garland* v. *Cargill*, 602 U. S. ___ (2024).

  The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

            Sincerely,

            *[signature]*

            **Scott S. Harris**, Clerk